**PAUL J. WRIGHT, CSB No. 146809**
**ATTORNEY AT LAW**
24955 Pacific Coast Highway, Suite C-302
Malibu, CA 90265                                                                **NO JS-6**

Telephone No:  (310) 456-3812
Facsimile No:   (310) 456-8558
Email: wright@pauljwright.com

**Attorney for Plaintiff, CHAD TROUTWINE**

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD TROUTWINE, an individual, | **CASE NO.**  CV 12-4075-GW(MRWx) |
| Plaintiff, | |
| vs. | **JUDGMENT BY COURT AFTER DEFAULT AGAINST DEFENDANT ELIZABETH ALBEE** |
| ELIZABETH ALBEE, an individual; MARIA TILKEN, an individual; and DOES 1 through 10, inclusive. | **[FRCP Rule 55(b)(2)]** |
| Defendants. | |

### DEFAULT JUDGMENT

The Defendant, Elizabeth Albee, having failed to plead or otherwise defend in this action, and Default having heretofore been entered; upon Application of Plaintiff and upon Affidavit and upon Appearance by his counsel before this Court on October 22, 2012; that Defendant, Elizabeth Albee is indebted to Plaintiff for restitution/damages in the amount of $70,000, plus pre judgment

---

**JUDGMENT BY COURT AFTER DEFAULT AGAINST
DEFENDANT ELIZABETH ALBEE**

-1-

interest at the rate of ten percent (10%) thereon in the amount of $15,750.00 and attorneys fees in the amount of $5,030; that Defendant, Elizabeth Albee, had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the Breach of Contract Claim is for a sum certain or for a sum which can by computation be made certain;

**IT IS HEREBY ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff, Chad Troutwine, on the Breach of Contract Claim, recover of the Defendant Elizabeth Albee, restitution/damages in the amount of $70,000, plus pre judgment interest at the rate of ten percent (10%) per annum after the Breach of Contract in the amount of $15,750.00 and attorneys fees in the amount of $5,030 for a Total Judgment in the amount of $90,780 with post judgment interest at the rate of ten percent (10%) per annum according to law from entry of this Judgment until the entire amount is paid.

DATED: October 23, 2012

_____
**HONORABLE GEORGE H. WU**
**UNITED STATES DISTRICT COURT JUDGE**

---

**JUDGMENT BY COURT AFTER DEFAULT AGAINST**
**DEFENDANT ELIZABETH ALBEE**